Enter/JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MAX HOBBS, | ) Case No. CV 10-02290 AN |
| Plaintiff, | ) JUDGMENT OF DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: July 26, 2011

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE